FILED
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT** 2007 MAY 22  A 8: 25
**SOUTHERN DISTRICT OF NEW YORK**
S.D. OF N.Y. W.P.

------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

07 CIV. 3958

Index No.

**RULE 7.1**

WP4

                                        Plaintiffs,

-against-

THE LOSCO GROUP, INC.,

                                        Defendant.

------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: May 16, 2007

                                        _____
                                        Karin Arrospide, Esq. (KA9319)