UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

Trustees of the Teamsters Local 456

07 Civ.3958 (WP4)(GAY)

V

**ORDER TO SHOW CAUSE**

The Losco Group, Inc.

------------------------------X

A review of the docket indicates that the complaint was filed on May 22, 2007. The docket sheet indicates that an affidavit of service was filed on June 01, 2007. No answer is reflected on the docket sheet. It is therefore **ORDERED** that plaintiff within two weeks of the date of this order provide a status of the case in writing to the undersigned.

**SO ORDERED:**

George A. Yanthis
United States Magistrate Judge

Dated: August 2, 2007
White Plains, New York