# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

August 7, 2007

VIA FACSIMILE TRANSMISSION
(914) 390-4095
Honorable George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601



Re: Trustees of the Teamsters, et al. vs. The Losco Group, 07 Civ. 3958 (WP4) (GAY)

Dear Judge Yanthis:

The undersigned represents Plaintiff Trustees in the above-referenced matter. I write in accordance with Your Honor's directive to advise the Court of the status of the above-referenced matter.

As Your Honor is aware, the complaint in this matter was filed on or about May 22, 2007 and the defendant was served with the Summons and Complaint on or about June 1, 2007. As of this date, the defendant has not appeared in the proceeding. On or about August 6, 2007, Plaintiffs submitted a motion for entry of default against the defendant for the Court's consideration.

I apologize to the Court for any inconvenience and that Your Honor for Your attention.

Respectfully submitted,

Karin Arroypide, Esq.