

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, <br><br> Plaintiffs, <br><br> -against- <br><br> THE LOSCO GROUP, INC., <br><br> Defendant. | Index # 07-CIV-3958 (WP4) <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

TO:   Clerk of the United States District Court for the
         Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, THE LOSCO GROUP, INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), and against the Defendant, THE LOSCO GROUP, INC., in the sum of $17,590.09 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated: Elmsford, New York
          ~~July~~   , 2007
          August 2, 2007

Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515