UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) ) | Index # 07-CIV-3958 (KMK) |
| Plaintiffs, | ) ) | **REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| -against- | ) ) | |
| THE LOSCO GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | APR 18 2008 |

TO:    Clerk of the United States District Court for the
       Southern District of New York

        Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, THE

LOSCO GROUP, INC., having failed to appear or answer the Summons and Complaint, you are

requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456

Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal

Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union

No. 456 (hereinafter referred to as the "Union"), and against the Defendant, THE LOSCO GROUP,

INC., in the sum of $40,245.94 which includes unpaid principal, liquidated damages, interest, court

costs and attorney's fees.

Dated:  Elmsford, New York
        April 1C , 2008

                                        Karin Arrospide, Esq. (KA9319)
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                        258 Saw Mill River Road
                                        Elmsford, New York 10523
                                        (914) 592-1515