## CERTIFICATE OF SERVICE

STATE OF NEW YORK         )
                          ss.:
COUNTY OF WESTCHESTER)

Resa Bernardini, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside at Westchester County, New York. That on May 6, 2008, served a true copy of the Order To Show Cause For Default Judgment and Supporting Documents by mailing a true copy of same enclosed in a post-paid wrapper by first class mail in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

THE LOSCO GROUP, INC.
1 NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

_____
Resa Bernardini

Sworn to before me this
6th day May, 2008.

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010