UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>        Plaintiffs,<br><br> -against-<br><br>THE LOSCO GROUP, INC.,<br><br>        Defendant. | Index # 07-CIV-3958 (KMK)<br><br>**STATEMENT OF DAMAGES** |

Principal Amount Due ............................................................. $32,110.80
for the period 12/06 and 4/07-1/08

Interest calculated at (10%) per annum for each delinquent month
through to April, 2008................................................................ $ 1,507.96

Back Interest owed for the period 7/06-11/06, 1/07-3/07...................... $ 286.10

Liquidated damages calculated at 10% of the ERISA Benefit Funds......... $ 3,211.08

Attorney's Fees pursuant to the Collective Bargaining
Amount due............................................................................... $ 2,700.00

Court Costs & Disbursements:

 Filing Fees (Index)................................................................ $ 350.00
 Process Server Fee............................................................... $ 80.00

**GRAND TOTAL:**................................................................$40,245.94